IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff-Respondent,<br><br>V.<br><br>NICOLAS PENA-REYES,<br>　　Defendant-Movant | §<br>§<br>§<br>§　CRIMINAL ACTION NO. H-03-45<br>§　CIVIL ACTION NO. H-05-2841<br>§<br>§ |

## ORDER DISMISSING ACTION

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Nicolas Pena-Reyes's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

SIGNED at Houston, Texas this 9th day of February, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MELINDA HARMON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE